Carol Sue Dent, Plaintiff-Appellant, v. William W. Dent, Defendant-Appellee.

Gen. No. 66–116.

Third District.

June 26, 1967.

Thomas C. Nutting, of Kankakee, and Fred Weiszmann, of Northbrook, for

appellant; Paul F. Blanke and Eva L. Minor, of Kankakee, for appellee. Opinion by JUSTICE CORYN. Not to be published in full.